# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

| | | |
|---|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY | | PLAINTIFF |
| v. | No. 2:18-cv-37-DPM | |
| MURDOCK ENTERPRISES, INC.; REGINALD K. MURDOCK, agent of Murdock Enterprises, Inc.; and WILLIE MAE MURDOCK | | DEFENDANTS |

## JUDGMENT

**1.** American Contractors Indemnity Company shall have judgment against Murdock Enterprises, Inc., Reginald Murdock, and Willie Mae Murdock, jointly and severally, for $334,770.63. This total includes the underlying debt of $231,976.49, attorneys' fees and costs of $8,351.11, and $94,443.03 for prejudgment interest at 10.00% from 22 June 2015 until 17 July 2019. This Judgment shall bear post-judgment interest at 1.97% per annum until paid in full.

**2.** Murdock Enterprises, Inc. must provide American Contractors Indemnity Company with access to its books and records, as provided in the parties' agreements, until this Judgment is paid in full.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 July 2019